1

2

3

4

5

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

7

8

9

10

11

12

13

14

15

| | |
|---|---|
| JOE HAND PROMOTIONS, INC. as Broadcast Licensee of the December 27, 2008, UFC #92 Broadcast,<br><br>Plaintiff,<br><br>v.<br><br>BECKY A. FOX, Individually and as officer, director, shareholder and/or principal of MANCHESTER PUB LLC, d/b/a MANCHESTER PUB, and MANCHESTER PUB LLC, d/b/a MANCHESTER PUB,<br><br>Defendants. | CASE NO.  C10-5192 JRC<br><br>STIPULATED ORDER OF DISMISSAL |

16

17

18

19

It is hereby stipulated and agreed to by and between the parties herein that the above

entitled action be dismissed with prejudice and without costs to either party pursuant to Rule

41(a)(2) of the Federal Rules of Civil Procedure.

Dated:  June 17, 2010.

20

21

22

23

24

25

26

**JOE HAND PROMOTIONS, INC.**
By:/s/  Julie Cohen Longstein
JULIE COHEN LONSTEIN, ESQ.
Attorney for Plaintiff
Attorney in Charge
LONGSTEIN LAW OFFICE, P.C.
Office and PO Address
1 Terrace Hill:  P.O. Box 351
Ellenville, NY 12428
Telephone: (845) 647-8500
Facsimile: (845) 647-6277
Email: Info@signallaw.com

By:/s/   Michael G. Brannan
MICHAEL G. BRANNAN, ESQ.
Resident Counsel
555 Dayton Street, Suite H
Edmonds, WA 98020
Telephone: (425) 774-7500
Facsimile: (425) 774-7550
Email: mgbrannan@seanet.com


**FOR DEFENDANTS:**
By:/s/  Jeffrey L. Smoot
JEFFREY L. SMOOT, ESQ.
Attorney for Defendants
Lasher Holzapfel Sperry & Ebberson
2600 Two Union Square
601 Union Street
Seattle, WA 98101-4000
Telephone: (206) 624-1230
Facsimile: (206) 340-2563
Email: smoot@lasher.com


ORDER

Based upon the stipulation and agreement of the parties herein, IT IS HEREBY

ORDERED that the above entitled action is dismissed with prejudice and without costs to either

party pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

Dated this 22nd day of June, 2010.


J. RICHARD CREATURA
United States Magistrate Judge

STIPULATED ORDER OF DISMISSAL
[C10-5192 JRC] - 2